IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 00-cr-00128-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA J. ELBECK,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defendant's motion for reconsideration of monthly payment for restitution is denied as moot given the government's response which reduced the government offset by $300 (doc. nos. 40 & 42).

Dated: April 25, 2008

                                               s/ Jane Trexler, Judicial Assistant